No. 1318. SANES v. ADAMS. Sup. Ct. Ill. Certiorari denied. *Sidney Z. Karasik* for petitioner.

No. 1361. TRUCKEE-CARSON IRRIGATION DISTRICT v. WYATT. Sup. Ct. Nev. Certiorari denied. *James F. Boccardo* for respondent.

No. 1091. LOCAL 342, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) ET AL. v. TRW, INC. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stephen I. Schlossberg, John A. Fillion, Jordan Rossen,* and *Bernard F. Ashe* for petitioners. *Owen J. Neighbours* for respondent.

No. 1113. TELEPHONE USERS ASSOCIATION, INC. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Motion to remand denied. Certiorari denied. *Arthur S. Curtis* for petitioner. *Charles T. Duncan* and *George F. Donnella* for Public Service Commission of the District of Columbia, and *Hugh B. Cox, Paul F. McArdle, Howard C. Anderson,* and *Robert A. Levetown* for Chesapeake & Potomac Telephone Co., respondents.

No. 1132. CALIFORNIA ET AL. v. GIANNINI ET AL. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE HARLAN is of the opinion that certiorari should be granted. *Thomas C. Lynch,* Attorney General of California, *Albert H. Harris, Jr.,* Assistant Attorney General, and *Michael J. Phelan,* Deputy Attorney General, for petitioners. *Kenneth Larson* for respondents.